UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEEK,<br><br>          Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>          Respondent. | Case No. 5:24-cv-02702-SRM-KS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [19]** |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time to file objections to the Report has passed and no objections have been filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, the Court hereby **ORDERS** that: (1) the Petition is **DISMISSED** because the claims therein are unexhausted; and (2) Judgment shall be entered dismissing this action without prejudice.

**IT IS SO ORDERED.**

Dated: October 15, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE