JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEEK, | Case No. 5:24-cv-02702-SRM-KS |
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that this action is dismissed **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: October 15, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE